IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:22-cr-0124 (2) |
| vs. | : | HONORABLE CAROLINE H. GENTRY |
| Collins, Danielle | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on August 11, 2022 and removes the following condition:

1. Participate in a location restriction program and abide by all requirements of the program.

All other bond conditions remain in full force and effect.

Date: May 30, 2023

HONORABLE CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE