UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 3:22-cr-124-2

vs.

DANIELLE COLLINS,                  District Judge Michael J. Newman

    Defendant.

## ORDER: (1) CONFIRMING THAT THE PARTIES' JOINT MOTION FOR A CHANGE PLEA HEARING WAS GRANTED (Doc. No. 90); AND (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 101)

This criminal case is before the Court on the parties' joint motion for a change of plea hearing (Doc. No. 90), and on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Danielle Collins's guilty plea (Doc. No. 101). The Court hereby **CONFIRMS** that the parties' joint motion for a change of plea hearing was granted. *See id*. Moreover, there being no objections, the Court **ADOPTS** the Report and Recommendation in full and **ACCEPTS** Defendant's plea of guilty to Counts 1 and 7 of the indictment currently pending against her and finds her guilty as charged of conspiracy to commit SNAP fraud, in violation of 18 U.S.C. § 371, and maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(1). *See* Doc. No. 29. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

    June 21, 2023                                   s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge