UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:22-cr-124-2

vs.

DANIELLE N. COLLINS,                District Judge Michael J. Newman

    Defendant.

---

**ORDER CONTINUING DEFENDANT'S SENTENCING HEARING CURRENTLY SET FOR MARCH 5, 2024 AT 2:00 P.M.**

---

Due to the Court's felony criminal trial, which will continue through next week, Defendant's sentencing hearing currently set for March 5, 2024 at 2:00 p.m. is **CONTINUED**. The Court will reschedule Defendant's sentencing hearing in a future Order.

**IT IS SO ORDERED.**

March 1, 2024                                      s/*Michael J. Newman*
                                                           Hon. Michael J. Newman
                                                           United States District Judge